THE SHELDON HAT BLOCKING COMPANY, APPELLANT, *v.* THE EICKEMEYER BLOCKING MACHINE COMPANY, ARCHIBALD T. FINN AND CHARLES ATWOOD, JR., RESPONDENTS.
Judgment affirmed, with costs.
Opinion PER CURIAM.

JOHN T. ACKLEY, PLAINTIFF, *v.* ELEANOR J. WESTERVELT, DEFENDANT.
·Judgment ordered for plaintiff, on the verdict.
Opinion by INGALLS, J.

WILLIAM LUPTON, RESPONDENT, *v.* JOHN FLETCHER AND JAMES FLETCHER, APPELLANTS.
Judgment affirmed, with costs.
Opinion by INGALLS, J.

JOHN SCHELLEY, RESPONDENT, *v.* CATHARINE DIEHL, APPELLANT, IMPLEADED, ETC.
Judgment affirmed, with costs.
Opinion by BRADY, J.

HENRY H. SHUFELT *v.* HERMAN MATHIAS.
Motion denied.

DARIUS MILLER AND ANOTHER, RESPONDENTS, *v.* ELMORE A. KENT AND OTHERS, APPELLANTS.
Order affirmed, with $10 costs, and disbursements.
Opinion by DAVIS, P. J.